1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT FOR THE
9                  EASTERN DISTRICT OF CALIFORNIA
10
11
12
13   DANA PRINCE,                          Case No.:   2:24-cv-02919-DJC-CSK
14        Plaintiff,
15          v.                             **ORDER RE STIPULATION TO
                                           DISMISS WITH PREJUDICE**
16   KOHL'S DEPARTMENT STORES, INC.,
17        Defendant(s).
18
19       <u>**ORDER RE STIPULATION TO DISMISS WITH PREJUDICE**</u>
20
21       The Stipulation to Dismiss Plaintiff's individual claims with Prejudice is hereby
22   Approved. All parties shall bear their own costs and attorneys' fees.
23
24       **IT IS SO ORDERED.**
25
26   Dated:  March 20, 2025              /s/ Daniel J. Calabretta
                                         THE HONORABLE DANIEL J. CALABRETTA
27                                       UNITED STATES DISTRICT JUDGE
28
                                        1
                                                                              ORDER